IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOWARD L. BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:24-cv-00651 |
| ) | Judge Trauger |
| UNITED PARCEL SERVICE, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On December 3, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by both defendants (Doc. No. 11) is GRANTED, and this case is DISMISSED.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge